MONECA WEIMER, Appellant, v CHARLES T. WEIMER, Respondent. (Appeal No. 1.) [722 NYS2d 443] —Judgment unani-

mously affirmed without costs. Same Memorandum as in *Weimer v Weimer* (281 AD2d 989 [decided herewith]). (Appeal from Judgment of Supreme Court, Cattaraugus County, Cosgrove, J.—Matrimonial.) Present—Pine, J. P., Wisner, Hurlbutt, Scudder and Kehoe, JJ.